IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHARLENE BEELER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 5:16-cv-00054-CAR |
| | ) | |
| DITECH FINANCIAL, LLC | ) | |
| f/k/a GREEN TREE SERVICING, LLC, | ) | |
| and DOES 1-10 inclusive, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

Defendant Ditech Financial LLC f/k/a Green Tree Servicing, LLC ("Defendant" or "Ditech"), by counsel, hereby notify the Court that the Parties have reached a settlement in principle with Plaintiff and are working to finalize the settlement documents. The Parties anticipate dismissing this case, with prejudice, within 30 days, or filing a status report concerning the settlement if the settlement has not been finalized by that time.

Respectfully submitted, this 13th day of September, 2017.

PREPARED AND PRESENTED BY:    CONSENTED TO BY:


*/s/ Mark J. Windham*                      */s/ Joseph P. McClelland*
Marlee Waxelbaum                           *with express permission*
Georgia Bar No. 155779                     Joseph P. McClelland, Esq.

*marlee.waxelbaum@troutmansanders.com*
Mark J. Windham
Georgia Bar No. 113194
*mark.windham@troutmansanders.com*
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA  30308-2216
Tel. (404) 885-3000
Fax (404) 885-3900

*Counsel for Defendant*

Georgia Bar No. 483407
*joseph@jacksonlaws.com*
JOSEPH P. MCCLELLAND, LLC
P.O. Box 100
Jackson, GA 30233
Tel. (770) 775-0938
Fax (770) 775-0938

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that I have on this day filed the within and foregoing ***JOINT NOTICE OF SETTLEMENT*** using the Court's ECF system, which will provide notice as follows:

>Joseph P. McClelland, Esq.
>JOSEPH P. MCCLELLAND, LLC
>P.O. Box 100
>Jackson, GA 30233

This 13th day of September, 2017.

        /s/ *Mark J. Windham*
        Mark J. Windham
        Georgia Bar No. 113194