# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CHARLENE BEELER,**<br>    **Plaintiff,**<br><br>v.<br><br>**DITECH and DOES 1-10 inclusive,**<br><br>    **Defendant.** | **Case No. 5:16-cv-00054-CAR**<br><br>**JOINT STIPULATION OF DISMISSAL** |

## JOINT STIPULATION OF DISMISSAL

COMES NOW plaintiff CHARLENE BEELER ("Plaintiff") and Defendant DITECH; ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted January 17, 2018.

/s/Joseph P. McClelland
Joseph P. McClelland, Esq.
JOSEPH P. MCCLELLAND, LLC
Attorney I.D. #483407
Post Office Box 100
Jackson, Georgia 30233
Telephone: (770) 775-0938
joseph@jacksonlaws.com

*/s/Mark J. Windham*
Mark J. Windham
Georgia Bar No. 113194
TROUTMAN SANDERS LLP
5200 Bank of America Plaza 600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone:   404-885-3000
Facsimile:   404-885-3900
mark.windham@troutmansanders.com